```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22309
   CYNTHIA RENAE BALDWIN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-8503


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/29/2007 and was confirmed 02/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/08/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
SAXON MORTGAGE SERVICES    CURRENT MORTG          .00            .00           .00
SAXON MORTGAGE SERVICES    NOTICE ONLY     NOT FILED            .00           .00
WELLS FARGO AUTO FINANCE   SECURED VEHIC    15850.00        1098.33       3326.96
WELLS FARGO AUTO FINANCE   UNSECURED         7897.16            .00         23.72
ALL FINANCIAL SERVICES     UNSECURED       NOT FILED            .00           .00
ST JAMES HOSPITAL          UNSECURED       NOT FILED            .00           .00
AFFILIATED RADIOLOGISTS    UNSECURED       NOT FILED            .00           .00
ALLAN SHOELSON DPM PC      UNSECURED       NOT FILED            .00           .00
AMERICASH LOANS LLC        UNSECURED       NOT FILED            .00           .00
AMERICASH LOANS LLC        UNSECURED         2604.30            .00           .00
AMERICASH LOANS LLC        UNSECURED          743.57            .00           .00
ANTHEM INSURANCE CO        UNSECURED       NOT FILED            .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          116.69            .00           .00
ASSOC ST JAMES RADIOLOGI   UNSECURED       NOT FILED            .00           .00
ASSOC ST JAMES RADIOLOGI   UNSECURED       NOT FILED            .00           .00
ASSOC ST JAMES RADIOLOGI   UNSECURED       NOT FILED            .00           .00
CAPITAL ONE                UNSECURED       NOT FILED            .00           .00
CARDIOLOGY ASS OF NW IND   UNSECURED       NOT FILED            .00           .00
CINGULAR WIRELESS          UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED            .00           .00
COMCAST                    UNSECURED       NOT FILED            .00           .00
COMCAST                    NOTICE ONLY     NOT FILED            .00           .00
COMPUTER CREDIT INC        UNSECURED       NOT FILED            .00           .00
DIRECT TV                  UNSECURED       NOT FILED            .00           .00
DIXON F SPIVEY MD          FILED LATE            .00            .00           .00
DR MOHAN KESANI MD         UNSECURED       NOT FILED            .00           .00
DR MOHAN KESANI MD         UNSECURED       NOT FILED            .00           .00
DR MOHAN KESANI MD         UNSECURED       NOT FILED            .00           .00
DR MOHAN KESANI MD         UNSECURED       NOT FILED            .00           .00
DR R BURKE                 UNSECURED       NOT FILED            .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00           .00
```

```
HARRIS & HARRIS            UNSECURED        NOT FILED              .00             .00
HSBC                       NOTICE ONLY      NOT FILED              .00             .00
INGALLS MEMORIAL HOSPITA   UNSECURED        NOT FILED              .00             .00
LYNWOOD TERRACE CONDO      UNSECURED        NOT FILED              .00             .00
MEDICAL COLLECTIONS SYS    UNSECURED        NOT FILED              .00             .00
RUSH                       UNSECURED        NOT FILED              .00             .00
NATIONWIDE CREDIT & COLL   UNSECURED        NOT FILED              .00             .00
NATIONWIDE CREDIT & COLL   UNSECURED        NOT FILED              .00             .00
NATIONWIDE CREDIT & COLL   UNSECURED        NOT FILED              .00             .00
NATIONWIDE CREDIT & COLL   UNSECURED        NOT FILED              .00             .00
ST JAMES HOSPITAL & HEAL   UNSECURED           780.64              .00             .00
ST JAMES HOSPITAL          UNSECURED        NOT FILED              .00             .00
RUSH BEHAVIORAL SYSTEMS    UNSECURED        NOT FILED              .00             .00
RUSH PRESBYTERIAN-ST LUK   UNSECURED        NOT FILED              .00             .00
RUSH UNIVERSITY            UNSECURED        NOT FILED              .00             .00
RUSH UNIVERSITY MED CENT   UNSECURED        NOT FILED              .00             .00
RUSH UNIVERSITY MEDICAL    NOTICE ONLY      NOT FILED              .00             .00
RUSH UNIVERSITY            UNSECURED        NOT FILED              .00             .00
RUSH UNIVERSITY MED CENT   UNSECURED        NOT FILED              .00             .00
RUSH UNIVERSITY            UNSECURED        NOT FILED              .00             .00
RUSH UNIVERSITY            UNSECURED        NOT FILED              .00             .00
SILVERLEAF RESORTS         UNSECURED        NOT FILED              .00             .00
SOUTH SUBURBAN LTD         UNSECURED        NOT FILED              .00             .00
SOUTHWEST LAB PHYSICIAN    UNSECURED        NOT FILED              .00             .00
ST JAMES HOSPITAL C U      UNSECURED        NOT FILED              .00             .00
ST JAMES HOSPITAL C U      UNSECURED        NOT FILED              .00             .00
ST JAMES HOSPITAL C U      UNSECURED        NOT FILED              .00             .00
ST JAMES HOSPITAL C U      UNSECURED        NOT FILED              .00             .00
ST JAMES HOSPITAL C U      UNSECURED        NOT FILED              .00             .00
ST JAMES HOSPITAL C U      UNSECURED        NOT FILED              .00             .00
ST JAMES HOSPITAL C U      UNSECURED        NOT FILED              .00             .00
ST JAMES HOSPITAL C U      UNSECURED        NOT FILED              .00             .00
ST JAMES HOSPITAL & HEAL   UNSECURED        NOT FILED              .00             .00
ST MARGARET HOSPITAL       UNSECURED          5527.19              .00           16.61
ST MARGARET MERCY HOSPIT   UNSECURED        NOT FILED              .00             .00
ULTRA CARE                 UNSECURED        NOT FILED              .00             .00
UNIVERSITY PATHOLOGISTS    NOTICE ONLY      NOT FILED              .00             .00
UNIVERSITY PATHOLOGISTS    UNSECURED           254.90              .00             .00
VERIZON WIRELESS           UNSECURED           968.24              .00             .00
VYRIDIAN REVENUE MANAGEM   UNSECURED        NOT FILED              .00             .00
WILLIAM B EVANS MD SC      UNSECURED        NOT FILED              .00             .00
WILLIAM B EVANS MD SC      NOTICE ONLY      NOT FILED              .00             .00
WILSHIRE CREDIT CORPORAT   UNSECURED         36466.38              .00          422.96
LYNWOOD TERRACE CONDO MG   UNSECURED          2513.70              .00             .00
CITY OF CHICAGO WATER DE   SECURED NOT I      710.61              .00             .00
LORRAINE GREENBERG & ASS   DEBTOR ATTY      3,313.19                          1,813.86
TOM VAUGHN                 TRUSTEE                                              560.52
DEBTOR REFUND              REFUND                                               285.00


                  PAGE   2 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22309 CYNTHIA RENAE BALDWIN
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      7,547.96

PRIORITY                                                   .00
SECURED                                               3,326.96
    INTEREST                                          1,098.33
UNSECURED                                               463.29
ADMINISTRATIVE                                        1,813.86
TRUSTEE COMPENSATION                                    560.52
DEBTOR REFUND                                           285.00
                            ---------------        ---------------
TOTALS                       7,547.96                 7,547.96
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/10/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE